UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:

J.P. and B.P., individually and
on behalf of S.P., a minor,

        Plaintiffs,

vs.

ORANGE COUNTY SCHOOL BOARD,

        Defendant.         /

## PLAINTIFFS' ACTION TO RECOVER COSTS AND ATTORNEY'S FEES PURSUANT TO 20 U.S.C.A. § 1415

**COMES NOW**, Plaintiffs, by and through undersigned counsel and sues Orange County School Board, pursuant to 20 U.S.C.A. §1415, to recover attorney fees as costs as prevailing party in the underlying action filed with the Bureau of Exceptional Education and Student Services concerning alleged failures of Orange County School District to properly educated their disabled daughter and to recover costs and attorney fees for retaliatory filings by Defendant Orange County School Board against Plaintiffs for filing the initial Complaint shedding light on the as grounds therefore states as follows:

1. This is an action seeking recovery of legal fees as costs pursuant to 20 U.S.C.A. § 1415.

2. The district courts of the United States shall have jurisdiction of actions brought under this section without regard to the amount in controversy.

3. In any action or proceeding brought under this section, the court, in its discretion, may award reasonable attorneys' fees as part of the costs to a prevailing party who is the parent of a child with a disability.

4. Plaintiffs are in fact the parents of a child with a disability.

5. On or about August 31, 2020, Plaintiffs filed an action with the Bureau of Exceptional Education and Student Services concerning alleged failures of Orange County School District to properly educate their disabled daughter. See attached as **Exhibit "A"**.

6. On or about October 9, 2020, the Bureau of Exceptional Education and Student Services received additional required information from the Plaintiffs to complete their original filing. See attached as **Exhibit "B"**.

7. On October 30, 2020, the Complainants (Parents) withdrew their action against the Florida Department of Education.

8. After a complete and exhaustive review, the administrative board found as follows:

    a. *"The District violated the requirements of 34 C.F.R. §§ 300.101 and 300.323 and the corresponding requirements of Rule 6A-6.03028, F.A.C. because the district failed to make a FAPE (that met the requirements of 34 C.F.R. § 300.17 and Rule 6A-6.03411, F.A.C.) available to the student"*. See Report of Inquiry Bureau of Exceptional Education and Student Services Involving the Orange County School District, attached hereto as **Exhibit "C"** @ Page 11.

9. The Report of Inquiry constitutes a final adjudication on the merits of Plaintiffs' underlying Complaint.

10. Plaintiffs properly bring this action before this Court seeking recovery of legal fees as costs pursuant to Federal Law.

11. Plaintiffs further seek recovery of legal fees for retaliatory conduct on behalf of Defendant who intentionally filed additional legal actions seeking to cause financial disincentive to

these parents who had the audacity to challenge Defendant who has a statutory duty to educate their disabled child.

**WHEREFORE**, Plaintiffs Respectfully Request this Honorable Court to find in favor of these Parents in an amount greater than $50,000.00, which represents the reasonable legal fees paid to counsel defending the rights of their disabled child, plus all additional relief this Court finds necessary and proper.

**Dated November 10, 2021.**

        **COOKE CARBONELL LLP**
        *Counsel for Plaintiff*
        10720 Caribbean Blvd. Ste 540
        Cutler Bay, Florida 33189
        Tel:: 786-701-9777-Fax.: 305-259-7148
        Primary Email: litigation@cookecarbonell.com
        Secondary Email: rfc@cookecarbonell.com
        Tertiary Email: ypa@cookecarbonell.com

By: _____
        Robert F. Cooke, Esq.
        FBN: 590533