# "Exhibit A"

RECEIVED
By Myrna Melendez at 2:39 pm, Aug 31, 2020

| | |
|---|---|
| From: | Joy Parnes |
| To: | BEESS Complaints; CIE Info; IDEAgrandt@fldoe.org |
| Subject: | Failure to provide an appropriate education for my child. |
| Date: | Monday, August 31, 2020 2:28:52 PM |

Joy Parnes
mother
407-810-0895
Email: joyparnes@gmail.com
8681 vista point cove
Orlando, Florida 32836
Siena Parnes
9 years old
Bay Meadows Elementary
8681 Vista Point Cove
Orlando Florida 32836

I would like to receive my correspondence via email.

I'm writing as a formal request and complaint regarding my ESE child. She is not being educated appropriately. While I understand we are experiencing uncharted territory, my daughter not being educated is absolutely unacceptable. I have contacted everyone from the school, school board and state for someone to ensure my child is being properly educated. Based on her IEP assessment from 12/19 my third grade is on a first grade level in everything. She knows 80/100 sight words. She is in a third grade class now. This is far too fast for her. The instruction that is being taught is appropriate for a neurotypical child. My daughter cannot keep up. She hardly knows how to add as it is. She can barely read and write. The expectations that this school is setting on these already behind students is unacceptable. We have been going through this pandemic since March. Why hasn't there been a plan in place on how to implement these children with IEPS since March. I contacted the school today and spoke with the principal only for her to tell me she understands and she is working on it. How much longer? How many days is it okay that she falls behind?
Not Working on it is not acceptable. I NEED a plan for this child. I'd rather have her in a remedial course for now to AT LEAST stimulate her brain rather than nothing at all. It has been psychologically damaging to watch the defeat in her. She wants to learn and she isn't being given a reasonable way of learning. Having no plan Is unacceptable. I need someone to do something for my daughter. I do not expect perfection. Neglect and abandonment of her needs will never be okay. I am beginning someone to please educate my child based on her needs. I need someone To accommodate her learning needs. What has everyone been doing since March? Please help my daughter. They are failing her. An IEP meeting doesn't address the daily struggles within the class that's she's having.

I look forward to your prompt response.

Regards,

Joy Parnes

| | |
|---|---|
| **From:** | Joy Parnes |
| **To:** | BEESS Complaints; Commissioner; Gallo, Angie R.; IDEAgrandt@fldoe.org; Strickland, Chelsea; Accountability; cadre@directionservice.org; CIE Info; FDOE Every Student Succeeds Act; ian.gesundheit@ocps.net; Gaitanis, Jason; Coburn, Jennifer; karl.musgrove@fldoe.org; Walsh, Mary; Strickland, Patricia; PERA Data Requests |
| **Cc:** | Adamson, Darius S.; Callan, Amelia F.; Gould, Pamela J.; Harkness, Raphaela; Jacobs, Teresa S.; James Larsen; amy.envall@ocps.net; barbara.jenkins@ocps.net; geral.mays@ocps.net; governorron.desantis@eog.myflorida.com; johanna.lopez@ocps.net; karen.castordentel@ocps.net; linda.kobert@ocps.net; ltgovernorjeanette.nunez@eog.myflorida.com; mayor@ocfl.net; melissa.byrd@ocps.net |
| **Subject:** | FORMAL COMPLAINT against OCPS regarding my ESE child OCPS |
| **Date:** | Tuesday, September 1, 2020 2:42:42 PM |
| **Attachments:** | parnes.pdf |

Mr. Corcoran,

While I do appreciate the three options we have been given on how we want to educate our children, what is the plan for children with learning disabilities within those three options? I firmly believe that the options were fair, but these IEP kids are failing. Regardless of the mandated accommodations, at this present time it is not enough for these kids. There needs to be some type of temporary REASONABLE accommodation for these children. I'm not sure if you have been blessed like I have in that you have a child with complex medical and learning needs, but these children do not have a voice. You guys are failing them by not having a plan while we navigate through this pandemic. Look at my child's attached IEP. Observe via zoom first hand my daughter in her current class and how lost she is. I CANNOT and will NOT blame the teachers or even the principal for these issues. I do however hold accountable the district and you as well for failing my child and those like her. At what point do you sir, remove the politics from this and do what's right by these teachers and students? The concern of my school district shouldn't be on football players scoring a touchdown while practicing social distancing while NO mention of these children and the concerns we have is brought up. TWO board meetings and the main concern was football.

IEP accommodations do not address the daily struggles within the class that she is having. For instance, as of right now Ms. Callan instructed the kids to go to specials/ART. Well, because my child can't read, she's currently clicking on "PTA reflections- revised announcement". Am the only one that sees something wrong with this?

I shouldn't have to reach out to the principal or the teacher to figure this out. They have enough on their plates. This is your responsibility. There should have been a plan given to these teachers and schools. We cant nor should we expect our teachers to spend individual time with our learning disabled children during this pandemic. Holding them to these standards is unacceptable. As I have said before and I will say again, these teachers and principals are functioning as nurses. They are given orders from the Doctor and they have to follow those orders. THATS IT. You are setting far too high of expectations on these teachers. They shouldn't be held accountable to do your dirty work and figure out a way to educate the mainstream kids AND kids with intellectual disabilities. Not in this pandemic at least. You are doing the other children in the class a huge disservice. If the others can keep up and the IEP children are constantly interrupting for clarity from the teacher, that's more unnecessary time taken away from the students! I am respectfully demanding that you make a temporary and reasonable accommodation for these children. Would you allow one of your six kids to fail? Not likely. You have an unfair advantage being in your position. Please make our children a priority just like you would your own.

Siena's IEP from DECEMBER OF 2019

I-READY ELA 8/2019.  357 KINDERGARTEN
I-READY MATH 8/2019. 322 KINDERGARTEN

JUMP TO DECEMBER 2019

ELA 12/3/2019. 474 FIRST GRADE
MATH 12/4/2019. 396. FIRST GRADE

Yesterday Multiplication was being taught. Today division is being taught.

Last week the children were instructed to begin writing a story, but when you know 66/100 sight words, how can she write a story? So, I asked the teacher what she's supposed to do and the teacher said "draw a picture of what she wants her story to be". How does that help with the assignment?

This was only last year????!!! How much more is acceptable for her to fall behind??? Last year she was in the second grade and at best she got to a first grade level.

Today she's supposed to be In the fourth grade and lets assume at best she's still at a first grade level? Now she's in a class that she cant even keep up with and she's expected to make progress? I'm a nurse not an educator, but cant you please explain to me where the growth is at? How the heck is the potential for appropriate growth is even there???

Let me quote her IEP notes from 3/25/2020 MARCH OF THIS YEAR!
"Psyched re-evaluation (RE) Siena's broad reading skills performance falls In the VERY LOW range. Her Math skills fall in the VERY LOW range. Processing speed falls in the LOW range"

Siena knows 63/100 1st grade sight words. She can read 33 words per minute. SIENAS GREATEST NEEDS ARE IN THE AREA OF DECODING AND PHONICS. <——

"Due to her disability, Siena requires EXTENSIVE repetition and familiarity with a concept in order to master it"

And the schools answer to me is: "I'm sorry I don't have an answer for you we are working on it"

_____ ................1............

I cant seem to wrap my head around how this is okay. _____ in the same way that this is what my child is currently hearing, seeing and learning

_____NOTHING!

I Look forward to your prompt response and at least temporary resolution to this CRUCIAL matter.


Thank you for your time,

Joy Parnes
407-810-0895