# "Exhibit B"

**Ostrus, Constance**

**From:** Dunlavy, Joy
**Sent:** Tuesday, October 13, 2020 8:18 AM
**To:** Ostrus, Constance
**Subject:** FW: IEP: complaint/deadline

Good morning Constance,

Please add this to the Parnes 2 Documentation for the complainant.

Thank you,

**From:** Dunlavy, Joy
**Sent:** Friday, October 9, 2020 4:16 PM
**To:** Moreira, Julian <Julian.Moreira@fldoe.org>
**Subject:** FW: IEP: complaint/deadline

**From:** Joy Parnes <joyparnes@gmail.com>
**Sent:** Friday, October 9, 2020 4:14 PM
**To:** BEESS Complaints <BEESScomplaints@fldoe.org>; Dunlavy, Joy <Joy.Dunlavy@fldoe.org>; Gould, Pamela J. <pamela.gould@ocps.net>; Harkness, Raphaela <Raphaela.Harkness@ocps.net>; Harrell, Kelbe <Kelbe.Harrell@fldoe.org>; Jacobs, Teresa S. <teresa.jacobs@ocps.net>; Mays, Gerai J. <gerai.mays@ocps.net>; Moreira, Julian <Julian.Moreira@fldoe.org>; amy.envall@ocps.net; barbara.jenkins@ocps.net; ian.gesundheit@ocps.net; john.palmerini@ocps.net; kat.gordon@ocps.net; melissa.byrd@ocps.net
**Cc:** Brian Parnes <docparnes@yahoo.com>; Nikki Childress <nsnch@aol.com>; jn71@columbia.edu
**Subject:** Fwd: IEP: complaint/deadline

It is my understanding that we are having the FSIEP. I have not received the notice on that. In attendance will be my husband Doctor Brian Parnes, my attorney Mrs. Nikki Childress, and my Social Worker, Mr. Jacques Nir. Please advise what time this will meeting will take place.

Also, I have requested that Sarah Koren not be present at any future meetings or anything that involves my child while attending OCPS. I'd like a different district attorney,.

Additionally, Mrs. Harkness was Sienas iep teacher last year. I'm most certain she can provide information about the failure of the district to have a plan and implement children's IEPS.

Forgive my grammatical errors. You gave me literally less than two hours to get this over.

I obtained this information straight from the US department of education.

IEP:

"On March 12, 2020, the U.S. Department of Education stated that if a school district continues to provide educational opportunities to the general student population during a school closure, it must ensure that students with disabilities also have equal access to the same opportunities, including the provision of FAPE. "

Siena was discriminated against, they did not consider her IEP needs and she was not given the Same advantage as the "typical" kids were. Her needs were not considered nor was her IEP followed. She was given an education with the idea and decisions made as a "whole" NOT an idividual based on her individual learning needs. FAPE/IDEA

"The student's IEP or 504 team may be required to make an individualized determination as to whether compensatory services are needed under applicable standards and requirements."

" On March 20, 2020, the U.S. Department of Education issued supplemental guidance warning schools against refusing to offer any distance learning to avoid its responsibilities under special education law. Students with disabilities are still entitled to a FAPE, but for health and safety reasons their IEPs might not be implemented the way they would be if school was in session. "

Yesterday i provided email correspondence whereby the teachers stated they have received little to no guidance for ESE and there was no plan in place.

"On April 27, 2020, the U.S. Department of Education declined to recommend that Congress waive the FAPE requirements of Part B of the IDEA, which covers students with disabilities age 3-21. It concluded that "individualized education must take place for all students, including students with disabilities.""

Siena was only given paper packets by the district. Nothing else. I never agreed on that. I wasn't a part of this decision making in her IEP. I was not included as half her team.

"It further "determined there is no reason that a student's access to FAPE cannot continue online, through distance education or other alternative strategies."
Siena did not have access to FAPE her IEP wasn't followed. She is a child with an IEP. Her needs were not considered and her accommodations and services were not provided based on her IEP/IDEA


"If a state or school district decides that all students must be taught at home for public safety, it must have a plan for special education services Schools will also need to plan for how kids can use accommodations or get equal access if learning is online or at home. This could mean providing assistive technology tools or other supports" See emails i provided where the teachers have said there isnt and wasn't a plan in place for iep children. Siena received PAPER packets that did not follow her iep services and/or accommodations. At ALL

"work collaboratively, in the best interest of children with disabilities, to resolve disagreements that may occur when working to provide a positive educational experience for all children, including children with disabilities."

Ocps has and continues to fail to provide siena with a positive educational experience.


"Timely communication between parents and public agency staff can often help resolve disagreements that may arise regarding the educational services provided to a child with a disability during the pandemic. "

2

OCPS has and continues to fail and provide me with timely communication that goes beyond the legal 48hours.

"on April 27, 2020, Secretary DeVos issued her Report, making it clear that school districts are required to continue providing students FAPE in the least restrictive environment. In march 2020 the only education siena was provided was a weekly packet mailed to my home. She never received services. special education student's rights under federal law have not changed despite the COVID-19 pandemic. "

Changes have been made to Sienas IEP that i did not agree on include the delivery of her services. The necessary accommodations needed in order to attain her longterm and shorter benchmarks have not been implemented at all. I have provided all necessary accommodations. The school started providing Siena with her services towards the end of august. School began sooner. I have an email from ESE teacher stating that. See attached.

Complaint:
1. Orange County School district has ignored federal law by failing to provide legally mandated services to Siena who suffers from developmental, physical, social, emotional, cognitive and neurological deficits.
2. OCPS is violating Sienas rights by altering her educational program and/or not providing an appropriate education period. They have put the burden on parents and teachers to do the job of the school district, with no plan in place. Rather " I don't have an answer for you, I'm sorry we are working on it"
3. OCPS has failed to even provide live synchronous services that accommodate a multitude of Sienas deficits. She is unable to independently and accurately navigate on the launched platform as it stands. She lacks the ability to read and select , the proper modules and often times has shown difficulty locating the assigned specials or assignments.
4. There is an insurmountable amount of abandonment and lack of planning and concern for these children. It's beyond heartbreaking to watch the emotional and psychological damage this is causing my child. She was at a point of building a sense of confidence and self awareness. She was working on self advocacy and aware of her "differences". She was gaining the strength to identify her own needs. She has expressed her needs and she isn't being heard and it's unacceptable. She just wants to be educated APPROPRIATELY.
5. It has been my responsibility to teach and reinforce remote learning for Siena. I blame the state and local school agencies for continuing to fail Siena. I am on a daily basis watching the deterioration of my daughter who was once making SOME progress. She is beginning to exhibit signs of a defeatist attitude. Everyday her desire to attend class is diminishing. Siena has even gone so far as to say "i don't want to ask because I'm scared they are going to laugh at me" or "I don't want to because its to hard and i cant"
6. While a choice of my own, Remote learning has been inadequate OR completely negligent in providing siena a fair chance at an appropriate education based on her individual educational needs. More often times than not Siena requires one on one assistance or at least a checkin or accountability for work completion. Thats "virtually" impossible to provide her remotely. It's preposterous to think that asking your teachers to provide these accommodations during "normal" class time is okay. It's not. It's not fair to put the responsibility during these times on our teachers. I have often times felt a sense of guilt when Siena asks a question that requires the teachers attention and ten minute explanation. You are actually denying the other 17 kids a FAPE. It's not fair to them either. Teachers have more than enough responsibility to provide ongoing learning opportunities to each student as it is, throwing in a child with her own individual needs and mandating that the teacher adhere to it while being held responsible and accountable of the needs of the other "normal" kids is an unreasonable expectation.n The school must explore general strategies that school staff and supporting families can use that may be beneficial in maintaining consistent expectations between the home and school. Continuity and communication is imperative. Conscientious and ongoing collaboration between the school and myself as Sienas advocate is imperative for Sienas success. It is vital that siena is provided with an easi,y accessible platform that provides interaction so that the she regularly sees and hears people she associates with school.
7. In order for Siena to foster ongoing social connections,i expect that a plan is devised to assist siena as needed, to engage in chat with staff providing the assignment. This will ultimately pose an accountability task to siena.

8. I'm holding the state and OCPS school district 100% responsible. I blame the state and local agency for failing and continuing to falil my special needs child during a pandemic who already has difficulty while being physically in school and now has extreme difficulty being educated remotely. Aside from the pandemic, under normal circumstances Siena remains at a very very low academic level based on her school age and grade. Therefore i am alleging the district and state has failed to appropriately and competently assess Sienas learning needs and they have failed to provide any type of accommodation that results in Siena making appropriate progress. The school should have noted that she continues to mvery slow progress to no progress with the past and current accommod being provided. Assessing Sienas progress and ideas/suggestions of ways to makprogress depend on the collaboration between Siena advocating and expressing her needs,meeting our needs as parents and keeping strong consideration and implementation of the teachers reasonable needs given the current circumstances. ====

9. OCSPS and FLDOE have violated Sienas IEPs during this pandemic by no providing and accommodating services to Siena thus stripping away the basic education constitutionally required for every student. This was a complete lack of planning and failure to implement and meet Sienas individual education needs.

1. OCPS and FLDOE failed and continues to fail to make "a good faith effort" to provide special education and related services to her. When the area superintendent, principal of the school, and ESE teacher tell me "I'm sorry we are working on it, I don't have an answer for you yet", that states to me there was absolutely NO effort made whatsoever. It is the state and local districts paramount duty to fully fund a basic education for my child while paying strong attention to her academic needs and adhering to the FAPE that includes her Individual Education Plan.

10. Im being expected to take over services while maintaining a home, maintaining my psychological and emotional well being, while taking care of a baby and providing for the needs of my special needs child all while asking me to be an educator. I am a nurse. I would never ask a teacher to suddenly transition into being a nurse and educate patients on their medications or even the risks, benefits and alternatives of a surgical procedure. I shouldn't be expected to educate my special needs child. I educate patients on issues regarding medicine and health. I lack the training, knowledge and experience to teach any child much less a child with special needs. Siena is not capable of self-directed learning. I cant be there to assist her six hours a day.

11. DOE failed to provide Siena with reasonable and attainable accommodations for her disabilities.

12. The local district and DOE failed to design Sienas IEP to meet her needs as adequately as the needs of non-disabled students were met.

13. The DOE and district failed to adequately investigate whether the services that Siena needed and needs in order to access her education were available.

14. The school district knows that Siena requires special education services that include accommodations, but they did not act upon that knowledge.

15. I am requesting independent opportunities for siena to practice a variety of skills such as speaking/listening; use of technologies; fine motor skills (e.g., using keypad to type); letter, number, word, or name recognition; and other skills by phoning or texting with peers and staff, with assist as needed.

16.
Implementing a "One size fits all" approach to Sienas individual needs when it comes to technology use is unrealistic snd expecting her to critically and objectively be held to those standards is unrealistic rather her IEP should consider her individual technological needs as it relates to navigating the digital platform being presented to her technologically based on her observations and data from both school and home.

I am respectfully demanding that the state and district immediately validate the needs and abide by my child's constitutional and statutory rights. The state and district should have had a plan in place just like they did for the rest. I am demanding that they take responsibility and develop and fully fund a safe, adequate and fair solution to the school system's current health crisis keeping in my IEP child regardless if I decide to place her face to face or if i provide digital learning at home.

Allowing Siena to drown is denying her access to a basic education, including special education and related services designed to meet her unique needs arising from her multiple deficits that include and are not limited to her cognitive, psychological, psychosocial, neurological, physical and developmental disabilities.

4

As it stands Siena is in the third grade. She repeated kindergarten and she is still at a first grade level- in the third grade. I REFUSE to allow another school year to go by where the school continues to neglect the basic education that Siena is constitutionally and statutorily entitled to. I REFUSE to allow her to fall even further behind her peers than she already is. If we continue this way, and the district and state allow this to continue, Siena will be at a point of no return and she will continue to drown in a sea of empty and unanswered questions and blank stares.

Siena needs intense support in order to learn and make progress. Sienas life now and in the future relies on the services she's entitled to in order to become successful. At this point I feel the district is cutting off Siena's basic education needs. Reliance on such services and failure to provide them, violates the uniformity requirement by effectively cutting off Sienas basic education needs. She hasn't even mastered addition. There needs to be a strong attention and implementation on how to provide adequate and attainable necessary services to the most vulnerable students of which includes Siena. She has been disparately impacted by the pandemic. The state and school district has failed to find creative and meaningful solutions to the inability to physically attend school. They have failed to appropriately plan and implement her needs during this crisis. I'd even go so far as to argue that this wasn't even a thought and ALL students were given the same general options based on everyone as a whole, not individuals. Siena doesn't fall under "normal" learning.

These are my Proposed solutions and requests based on my own countless hours of research and a plethora of evidence based practices that OCPS or the FLDOE has failed to even attempt to provide that other schools are providing during this crisis. That said, i feel as though they have ultimately failed and continue to fail and neglect the needs of Siena:

1. We are requesting re-assessment of Siena including an Independent Education Evaluation paid for by the school. While we have had an assessment based on where Siena WAS prior to the pandemic, if my memory serves me correct it has been nine months since her last assessment. That's nine months of regression and we NEED an appropriate to date evidence based assessment to provide insight as to where siena is today.
2. We are requesting to be compensated for monetary damages, both compensatory and punitive. My understanding of the law is that Under the Individuals with Disabilities Education Act, a student may be able to sue for damages if a school district fails to provide special education services and/or develop an appropriate IEP. My proof is acknowledgement of failure to plan and neglect for implementation of a plan.
3. We are requesting additional funding so that we can have additional staff focusing on the needs of Siena and children alike. 21 students on consistent case load. This isn't including consultations
4. Within Sienas IEP I am requesting a plan and very thorough description of the means her IEP will be provided during any future emergencies including our current world pandemic, where the IEP plan also takes into account any public health orders, respectfully including students health and medical conditions.
5. I am requesting that there be an in depth description and guarantee as to how much and how she will receive supplementary aids and services during normal in person learning and during emergencies. Where Siena will continue to make1`231` appropriate and reasonable progress.
6. I am requesting that Sienas assignments and learning strategies tailor Sienas preferred activities that somehow incorporate her interests. Ultimately this will lead to an increase in productivity thus resulting in academic progress and self confidence.
7. In order for Siena to succeed and make progress she must have frequent interaction with the teacher, direct instruction and frequent teacher check-ins. It is imperative that Siena receives frequent engagement during live, virtual, synchronous meetings.
8. I am requesting that Siena receives any and/or all and not limited to one of the folllowing accommodations: instructional television, video, recordings or other instruction that relies on computer or communication technology that is easy for Siena to navigate through. The current platform is too complicated. The platform should be tailored to her IEP in that their are fewer tabs or options. The tabs, modules, courses assignments

etcetera should be tailored specifically to Sienas individual curriculum rather than a generic platform where she is required to navigate above and beyond what she's academically, cognitively, developmentally and neurologically capable of.

9. I am requesting that Siena is provided the use of print materials. This should not be left to my responsibility rather this should routinely be provided by the school without question. In the same way that packets were mailed to students.

10. I am requesting that Siena be provided an individually and within reason (COVID-19 IN MIND APPROPRIATE and leveled Notes that the teacher has written her eachers have the responsibility to provide ongoing learning opportunities to their students

11. with the opportunity for Siena to practice her reading and written skills whereby fillin the blank within the notes is provided. This will ensure that Siena is able to comprehend the material while also practicing her necessary writing skills. Expecting Siena to take notes when she only know 60/100 first grade sight words is extreme and unreasonable.

12. I am requesting a plan as to how the school will adequately, appropriately and timely measure her learning status and needs, particularly in the area of written and Spoken English Language arts, reading and comprehension as well as mathematics.

13. I am requesting A plan as to what actions and strategies the school will use to address learning loss and regression both past and currently, in a timely fashion.

14. I am requesting A once monthly evaluation and assessment to determine how effective the services, supports and accommodations that are being provided are impacting any progress Siena might or might not be making.

15. I am requesting a plan with an immediate implementation of that plan. Even if it requires a monthly IEP meeting to ensure she is making steps toward progress.

16. I am requesting Short term attainable goals vs long term goals. Rather than an 80% mastery I would like it to be in quarter increments. This will allow no room for oversight in determining Sienas specific areas of concern. This will also allow time and ensure mastery of skill. For example: Have an IEP objective or two each week to focus on. Clearly Sienas current IEP has too many unattainable goals and these expectations have led to Sienas failure and is proving to diminish her motivation.

17. I am requesting the school provide me with a plan as to how they are going to accelerate her learning progress rather than sitting on it for four years and mainting a first grade level?

18. I am requesting a weekly check-in as this has been proven to help in modifying the accommodation needs.

19. I am request that Siena is provided with a daily visual schedule as well as a daily assignment check list.

20. I am requesting that Siena be provided a weekly subject focus. For example: If the curriculum states that this week Siena will be learning division or about the solar system, this will allow additional practice after school hours, preparation and short review for the next days class and continuity after school hours. This will also provide Siena with pacing, planning, organization, and task completion.

21. I am requesting that the school implement measures that will ensure that there ongoing communication between myself and the schools regarding her progress or lack thereof. It is essential that the school provides a collaborative relationship that includes Sienas expression of self advocacy of her own needs and not solely based on what the educators or myself deem appropriate. Siena is an integral part of the IEP team and allowing her to verbalize her own needs with respect to her education is key to her own success.

22. Expecting children to sit in a class for six hours a day and keep them engaged is impossible. Throw a child with SEVERE ADHD and sensory processing on top of that is setting Everyone up for a perfect storm. While technology opens many wonderful opportunities for instruction, reinforcement of concepts, and socialization, it is imperative that we limit the amount of screen time siena is exposed to. Too much screen time has scientifically proven to be damaging to children's eyesight. Opportunity for Siena to have sensory breaks is key to maintaining Sienas attention.

23. I am expecting that the school research the various disability service organizations that may offer more guidance in how they can focus on Sienas individual needs.

24. It's imperative that prior to Siena being asked to write a short story that she be exposed to and given the opportunity for mastery by increasing her vocabulary. Siena should be able to identify people or common

objects. Siena should be able to identify roles or relationships. Siena should have a basic concept of sorting, categorizing, showing cause/effect or if/then relationships, sequencing steps to a task or events in a story, identifying characters in a video or a story, creating a story board, developing a social story, recognizing emotions, communicating needs, and more. She has yet to master any of the above.
25. Siena needs to be provided with opportunities that reinforce vocabulary, curricular concepts, or skills related to specific tasks. Get creative and include her in her own team.
26. The school needs to Provide digital learning activities and a digital learning platform that teaches Siena how to navigate the Launched platform. Assuming that she can navigate independently isn't working.
27. Assist the student, to the degree appropriate, to scan or photograph, then share with the teacher, images of assignments, artwork, visual schedules, etc. Assist the student, to track his or her own work and progress by maintaining an online file of images/copies of work, visual schedules, checklists, and tangible products of various educational activities
28. One size does not fit all when it comes to technology use with individual students, so it is critical to objectively consider the student's needs related to technology based on observations and data from both school and home.
29. I am requseting the school provide siena 1:1 academic support everyday five days a week.

This should have been thought out and an emergency plan put in place for IEP children- period. Considering every child with an INDIVIDUAL education plan has their INDIVIDUAL needs, the plan needs to keep in mind that the strategies will differ from the rest of her peers. Siena and her INDIVIDUAL academic needs has proven to be an afterthought for the district and state. IN FACT, All children with disabilities are an afterthought and its quite disturbing. U.S. Department of Education stated that " there could be "exceptional circumstances" that change how services take place. "The department never stated it was acceptable to neglect and abandon these children.


Correspondence since March:
Rapahela Harkness: 3/22/20
Good Afternoon!
I know there is so much going on, and we all feel like we're living in the twilight zone, but I wanted you all to know that, over the next week, I'll be working with the district to figure out how to provide you with resources and online tools to assist our ESE students as best as we can. They've given us limited guidance as it pertains to ESE students, and have directed us to assign additional lessons through iReady that target the students' IEP goals, as well as to encourage the students to read 30 minutes daily. I don't really feel as though this is enough, and I'm trying my best to incorporate some targeted lessons for my ESE students.
For now, I have created a Google Classroom (Canvas doesn't work for my position as I have 34 different students scattered throughout all grade levels in the school). Please follow the instructions below in order to have your students enrolled in the google classroom by the end of the week.
1. Go to https://classroom.google.com
2. At the top right there will be a plus sign. Click that plus sign, and click "join class."3. A prompt to enter a code will appear. Please put in the code: inoiu46
4. Congratulations and welcome to your child's ESE Google Classroom.

We have been directed to have a 3 hour time slot available for parent/student contact. I don't have all the details, yet. I will send a follow up email ASAP.

Thank you for your patience in these trying times,

Mrs. Raphaela Harkness, M.Ed
ESE Resource & Behavior Designee
Bay Meadows Elementary School

7