# "Exhibit C"

**Report of Inquiry
Bureau of Exceptional Education and Student Services
Involving the Orange County School District**

**BACKGROUND**
The Bureau of Exceptional Education and Student Services (bureau) received a state complaint from Ms. Joy Parnes on September 22, 2020, alleging that the Orange County School District and the Florida Department of Education violated federal and state laws relating to the education of students with disabilities. The state complaint did not contain all of the required components. On October 9, 2020, the bureau received all of the required components. On October 30, 2020, the complainant withdrew allegations against the Florida Department of Education. Specifically, the issue is:

**ISSUE:** **Did the Orange County School District fail to make available to the student a free appropriate public education (FAPE) from August 10 to October 9, 2020, more specifically:**
- **Fail to review and revise the student's individual educational plan (IEP) in accordance with the requirements of Title 34, sections 300.320, 300.322 and 300.324, Code of Federal Regulations (C.F.R.); and**
- **Fail to implement the student's IEP in accordance with the requirements of 34 C.F.R. § 300.323?**

The 60-day timeline for completion of the inquiry began with receipt of the required complaint components, with an anticipated completion date of December 8, 2020. The district and the complainant were asked to submit relevant documents and information to the bureau. Ms. Tajuana Lee-Wenze, director of procedures, Exceptional Education and Student Services, submitted documentation on behalf of the district. The complainant also submitted documentation.

As part of the inquiry process, relevant portions of the student's educational records and documentation were reviewed. The educational records indicated that the student (date of birth: February 21, 2011) was in fourth grade and was determined eligible for exceptional student education (ESE) services as a student with a specific learning disability, a language impairment, and an other health impairment and was receiving occupational therapy (OT) as a related service.

**APPLICABLE STATUTES, RULES AND REGULATIONS**
Pursuant to 34 C.F.R. § 300.17 and Rule 6A-6.03411, Florida Administrative Code (F.A.C.), FAPE means special education and related services that are, among other things, provided in conformity with an IEP that meets the requirements of 34 C.F.R. §§ 300.320 through 300.324.

Pursuant to 34 C.F.R. § 300.101 and Rule 6A-6.03028, F.A.C., a FAPE must be available to all students residing in the state between the ages of 3 and 21, inclusive. Each state must ensure that FAPE is available to any individual student with a disability who needs special education and related services, even though the student has not failed or been retained in a course or grade, and is advancing from grade to grade.

Pursuant to 34 C.F.R. § 300.320 and Rule 6A-6.03028, F.A.C., an IEP is a written statement for each student with a disability that is developed, reviewed and revised in a meeting in accordance with 34 C.F.R. §§ 300.320 through 300.324, and that must include, among other things:
- A statement of the student's present levels of academic achievement and functional performance, including how the student's disability affects the student's involvement and progress in the general education curriculum;
- A statement of measurable annual goals, including academic and functional goals designed to meet the student's needs that result from the student's disability to enable the student to be involved in and make progress in the general education curriculum; and meet each of the student's other educational needs that result from the student's disability;
- A description of how the student's progress toward meeting the annual goals will be measured; and when periodic reports on the progress the student is making toward meeting the annual goals (such as through the use of quarterly or other periodic reports, concurrent with the issuance of report cards) will be provided;
- A statement of the special education and related services and supplementary aids and services, based on peer-reviewed research to the extent practicable, to be provided to the student, or on behalf of the student, and a statement of the program modifications or supports for school personnel that will be provided to enable the student to advance appropriately toward attaining the annual goals; to be involved in and make progress in the general education curriculum and to participate in extracurricular and other nonacademic activities; and to be educated and participate with other students with disabilities and without disabilities;
- A statement of any individual appropriate accommodations that are necessary to measure the academic achievement and functional performance of the student on state and districtwide assessments; and
- The projected date for the beginning of the services and modifications and the anticipated frequency, location and duration of those services and modifications.

Pursuant to 34 C.F.R. § 300.322 and Rule 6A-6.03028, F.A.C., each district must take steps to ensure that one or both of the parents of a student with a disability are present at each IEP team meeting or are afforded the opportunity to participate. Furthermore, a meeting may be conducted without a parent in attendance if the district is unable to convince the parent to attend. In this case, the district must keep a record of its attempts to arrange a mutually agreed on time and place.

Pursuant to 34 C.F.R. § 300.323 and Rule 6A-6.03028, F.A.C., at the beginning of each school year, each district must have an IEP in effect for each student with a disability within its jurisdiction. Each district must ensure that the student's IEP is accessible to each regular education teacher, special education teacher, related services provider and any other service provider who is responsible for its implementation; and each teacher and provider must be informed of his or her specific responsibilities related to implementing the student's IEP; and the specific accommodations, modifications and supports that must be provided for the student in accordance with the IEP.

Pursuant to 34 C.F.R. § 300.324 and Rule 6A-6.03028, F.A.C., in developing each student's IEP, the IEP team must consider the strengths of the student; the concerns of the parents; the results of the initial or most recent evaluation of the student; and the academic, developmental and functional needs of the student and special factors. In addition, each district must ensure that the IEP team reviews the student's IEP periodically, but not less than annually, to determine

whether the annual goals for the student are being achieved; and revises the IEP, as appropriate, to address:
- Any lack of expected progress toward the annual goals and in the general education curriculum, if appropriate;
- The results of any reevaluation;
- Information about the student provided to, or by, the parents;
- The student's anticipated needs; or
- Other matters.

**FINDINGS OF FACT**
The following facts have been determined, based on the documentation received and the interviews conducted.
1. The IEP in effect for the student at the beginning of the 2020-21 school year was developed on December 11, 2019, as part of an annual review and included the following information relevant to this issue:
   - The three-year reevaluation due date was listed as April 27, 2020.
   - The parent's concerns were discussed during the IEP team meeting. The parent reported a desire to have the student continue to make academic progress and perform on grade level by the end of the school year.
   - The IEP team considered the results of the most recent reevaluation, which was conducted in December 2018 and included a more recent assessment of language fundamentals.
   - The IEP team considered the results of the most recent i-Ready® assessments, which indicated that at the beginning of the 2019-20 school year, the student was performing at a kindergarten-grade level in reading and math, and, at the midyear evaluation, the student increased to a first-grade level in both areas.
   - The IEP team determined that the student's priority educational needs were in the areas of curriculum and learning environment, social or emotional behavior, independent functioning, and communication.
   - A statement of present levels of academic achievement and functional performance was developed and addressed the student's needs in the areas of curriculum and learning environment, social or emotional behavior, independent functioning, and communication. Specifically, the statement indicated the following:
     – In the area of curriculum and learning environment:
       - The student's strengths included being able to complete simple addition and subtraction problems and memorize strategies to solve these problems. The student had a desire to learn and do well in academics. The student was able to add single-digit numbers and was beginning to grasp the concept of regrouping numbers.
       - In reading, the student struggled with blending "controlled r, l blends and ck ending" and decoding consonant-consonant-vowel-consonant (CCVC) and CVCC words and words with diagraphs "th, wh, sh, and ch." In math, the student struggled with applying the correct operations to solve word problems and often needed to be prompted to use manipulatives in order to solve simple addition and subtraction problems.
       - Due to the student's exceptionality, the student's progress in the areas of English language arts (ELA) and math was below grade level. The student needed greater support in these areas to demonstrate steady progress and avoid academic regression.
     – In the area of social or emotional behavior:

- The student's strengths included being very social and interacting well with peers.
- The student struggled with expressing when the student did not want to participate in social interactions with peers. The student often followed the lead of others and sometimes became frustrated, which the student expressed in a very blunt and "socially unacceptable" manner.
- Due to the student's exceptionality, the student struggled with expressing frustration; therefore, the student benefitted from instruction in social skills and advocacy to learn appropriate ways to interact with peers and adults in school.
— In the area of independent functioning:
- The student's strengths included working hard when the student was engaged in a task. The student was making progress toward achieving the annual goals, specifically in the areas of fine motor skills, visual motor skills and visual motor-integration skills. The student used a functional right-hand grasp to hold writing utensils with appropriate wrist position and finger control to manipulate writing utensils. The student was able to form all upper- and lower-case letters with legible letter formation. The student used both hands with a hunt-and-peck method when typing. At the time of the IEP team meeting, the student was able to write more quickly than the student was able to type.
- The student struggled with maintaining attention and focus and had difficulty filtering out visual and auditory stimuli. The student required continuous redirection, prompting and encouragement to stay focused and complete tasks.
- Due to the student's exceptionality, OT was required to facilitate the development of visual motor skills, fine motor skills and visual motor-integration skills, which impacted the student's ability to fully participate in the general education curriculum.
— In the area of communication:
- The student's strengths included being able to understand basic concepts, recognize the need to ask for help and maintain a topic in conversation. The student was making progress toward mastering the annual goals.
- The student struggled with following verbal directions, understanding the meaning of certain words, answering and asking questions, expressing thoughts, and sequencing events from a story when compared to same-age peers.
- Due to the student's exceptionality, the student's expressive and receptive language skills negatively affected the student's ability to participate and engage in the general education classroom. The IEP team recommended continuing to offer the student language therapy as a related service.
• A statement of measurable annual goals and objectives in the areas of curriculum and learning environment, social or emotional behavior, independent functioning, and communication was developed and in effect from December 11, 2019, to December 10, 2020, and periodic reports on the progress the student was making toward meeting the annual goals were to be provided every nine weeks. Specifically, the statement indicated the following:
— In the area of curriculum and learning environment:
- Given a first-grade-level ELA text, the student was to increase reading fluency to 40 words per minute with 80 percent accuracy in four out of five opportunities. The student's progress toward meeting this goal was to be measured through the student's work product.
- Given a set of first-grade-level CVCC, CVVC and CCVC words, the student was to decode the listed words with 80 percent accuracy in four out of five

opportunities. The student's progress toward meeting this goal was to be measured through teacher-developed checklists and charts.
    - Given a set of addition or subtraction problems, the student was to solve the problems with 80 percent accuracy with no more than one prompt per problem in four out of five opportunities. The student's progress toward meeting this goal was to be measured through teacher-developed checklists and charts.
  - In the area of social or emotional behavior:
    - Given a social scenario, the student was to describe what an appropriate interaction would look like with 80 percent accuracy in four out of five opportunities. The student's progress toward meeting this goal was to be measured through documented observation.
  - In the area of independent functioning:
    - Given adaptive paper and the use of a finger spacer, the student was to copy two short sentences (five or six CVC words) from a visual model with adequate letter formation, spacing and sizing in three out of four trials with no more than three or four verbal and visual cues. The student's progress toward meeting this goal was to be measured through the student's work product and documented observation.
  - In the area of communication:
    - Following a grade-level story or text read aloud, the student was to state the main story elements (e.g., characters, setting, main idea, events and conclusion) given no more than two verbal prompts with 80 percent accuracy. The student's progress toward meeting this goal was to be measured through speech-language pathologist (SLP)-generated data.
    - The student was to provide two or more details to describe or elaborate on a concept or topic related to therapy and classroom tasks with minimal verbal and visual prompts with 80 percent accuracy. The student's progress toward meeting this goal was to be measured through SLP-generated data.
- A statement of special education and related services was developed and indicated that the student was to be provided the following educational services from December 11, 2019, to December 10, 2020:
  - Specialized instruction for ELA and math, 30 minutes, three times per week, in the ESE resource classroom
  - Social skills instruction, 30 minutes, once per week, in the ESE resource room, general education classroom and during recess
  - Support facilitation in ELA and math, 30 minutes, twice per week, in the general education classroom
  - Language therapy, 30 minutes, twice per week, in the ESE classroom
  - OT, 30 minutes, once per week, in "the classroom"
- A statement of classroom and instructional accommodations was developed and indicated that the student was to receive accommodations in the areas of paper-based presentation, computer-based presentation, responding, scheduling and setting, daily, from December 11, 2019, to December 10, 2020.
- The IEP team determined that the student's least restrictive environment was "regular" or in the regular classroom 80 percent or more of the day.
- Each general education teacher, special education teacher and related services provider responsible for implementing the student's IEP was to be provided with a copy of the student's IEP and was also able to access the IEP in the student's cumulative file. In addition, the ESE teacher or designee was to review the student's IEP with the

   student's teachers and providers and ensure that each staff member understood their role in implementing the IEP.
   - Conference notes indicated that a reevaluation of the student was in the process of being conducted, and the IEP team was to reconvene at a later date upon completion of the assessments in order to review the results.
   - The IEP team included the following individuals: both parents, the parents' attorney, the district school board's attorney, the school principal, the general education teacher, the ESE teacher, the SLP, the ESE program specialist, both occupational therapists, and the district staffing specialist.
2. A review of the Orange County School District academic calendar and correspondence issued to the parents of students within the district indicated the following relevant information:
   - On July 17, 20 and 27, 2020, the district informed parents about the three educational-model options to be offered during the 2020-21 school year. Parents were required to respond with their preferred option through the district's online portal by July 24, 2020. The three options were:
     – A face-to-face traditional brick and mortar option, available five days per week, following health guidelines such as face coverings, daily temperature checks, social distancing when feasible, and scheduled handwashing or sanitizing regularly;
     – A full-time virtual option with location, time and pace flexibility; and
     – An innovative learning option, "LaunchEd," where students receive live, synchronous instruction following a traditional bell schedule. Students receiving instruction through the LaunchEd platform receive the same instruction as students in the brick and mortar classroom.
   - On July 27, 2020, the district informed the parents via email that on August 10, 2020, the 2020-21 school year would begin for all students remotely. These days were to be counted as instructional days that included "many of the typical exercises at the beginning of a school year and standard instructional time."
   - On August 21, 2020, students whose parents opted for the face-to-face model were required to report on campus.
3. On August 4, 2020, the ESE teacher communicated with the parent and discussed the educational models for the 2020-21 school year. The parent was informed that if no option was chosen, the student would be enrolled in the LaunchEd model.
4. A review of emails between the parent and school- and district-based staff indicated that prior to the start of the school year, the parent opted for the LaunchEd model.
5. On August 26, 2020, the ESE teacher informed the parent that the student was to be assessed through i-Ready® tests. The ESE teacher was to meet with the student via Microsoft Teams, a videoconferencing platform, and provided a web link for the student to join.
6. On August 26, 2020, the parent responded to the ESE teacher and indicated that the student would not be attending "regular" class as participation was very difficult for the student and was affecting the student's self-esteem negatively; however, the student would be attending the ESE teacher's testing sessions.
7. A Meeting Notice dated September 1, 2020, indicated that an IEP team meeting was scheduled for September 10, 2020, in order to conduct an annual review.
8. The student's IEP was reviewed and revised as part of an annual review on September 10, 2020. In addition, the IEP team met, in part, to review the results of the most recent reevaluation, which was completed in early 2020. The IEP indicated the following relevant changes:

- The parent's concerns were discussed during the IEP team meeting. The parent noted that the student was in the third grade but was on a first-grade academic level. The parent also expressed concerns about the student's lack of progress and believed that the student had regressed since last school year.
- The three-year reevaluation due date was listed as September 8, 2023.
- The IEP team considered the results of the most recent evaluations, which included:
  - An OT reevaluation report dated October 31, 2019;
  - A psychoeducational reevaluation report dated January 23, 2020; and
  - A speech and language report dated February 6, 2020.
- The IEP team considered the results of the most recent i-Ready® assessments, which indicated that the student was performing at a first-grade level in reading and math at the beginning of the 2020-21 school year.
- The statement of present levels of academic achievement and functional performance was revised and addressed the student's needs in the areas of curriculum and learning environment, social or emotional behavior, independent functioning, and communication. The statement indicated the following:
  - In the area of curriculum and learning environment:
    - The student's strengths included being a sweet student who desired to learn and do well in academics. The student was able to regroup in subtraction and addition problems and memorized many strategies to solve these problems.
    - The student struggled with utilizing and applying blends, digraphs and vowel teams to decode words. The student's greatest challenges were in the area of decoding. The student struggled with determining what a mathematical word problem was asking the student to do.
    - Due to the student's exceptionality, the student was unable to make a connection between mathematical word problems and the mathematical operations required to solve the word problems. Additionally, the student required extensive repetition and familiarity with a concept in order to master it.
  - In the area of social or emotional behavior:
    - The student's strengths included being a sweet child who had a desire to make friends and maintain friendships.
    - The student struggled with expressing frustration in a polite manner. The frustration was usually seen when the student received help from teachers or peers but wanted to complete tasks independently, or when being pressured to participate in an activity (specifically during recess) that the student did not want to participate in. Continued support in responding to peers and adults was recommended.
    - Due to the student's exceptionality, the student struggled with expressing frustration appropriately. The student benefited from social skills instruction to learn appropriate and polite ways to interact with peers and adults.
  - In the area of independent functioning:
    - The student's strengths included trying hard when the student was engaged in a preferred task. The student demonstrated a functional pencil grasp and was making progress with producing legible work in class by using adaptive paper, a finger spacer and a laptop.
    - The student struggled with completing non-preferred tasks and required frequent redirection and encouragement to complete work.

- In the area of communication:
    - The student's strengths included being hardworking and eager to do well in the school environment. The student was friendly and outgoing with peers. The student was able to maintain conversations and ask appropriate questions.
    - The student was reluctant to complete non-preferred tasks and required frequent redirection and encouragement to complete work.
- The statement of measurable annual goals and objectives in the areas of curriculum and learning environment, social or emotional behavior, independent functioning, and communication was revised. The periodic reports on the progress the student was making toward meeting the annual goals were to continue to be provided every nine weeks. The statement included the following information:
    - In the area of curriculum and learning environment:
        - The student's goals remained the same; however, the student's progress toward meeting these goals was revised to be measured through teacher-developed checklists or charts.
    - In the area of social or emotional behavior:
        - The student goal was changed to the following: When the student was placed in a non-preferred social situation, the student was to emote politely with 80 percent accuracy in four out of five opportunities. The student's progress toward meeting this goal was to be measured through teacher-developed checklists and charts.
    - In the area of independent functioning:
        - The student's goal was changed to the following: When given adaptive strategies, adaptive paper, access to word processing software and prompts as needed, the student was to complete assignments legibly (writing or typing) in four out of five opportunities. The student's progress toward meeting this goal was to be measured through the student's work product and documented observation.
    - In the area of communication:
        - The student's goals remained the same; however, the student's progress toward meeting these goals was revised to be measured through documented observation.
- The statement of special education and related services was revised and indicated the following changes effective from September 10, 2020, to September 10, 2021:
    - Specialized instruction for ELA and math was increased from 30 minutes, three times per week to five times per week, in the ESE resource classroom.
    - Consultation services in ELA and math were added, once per month, on the school campus.
    - Support facilitation in ELA and math was removed.
    - OT services were removed.
- The student's least restrictive environment was changed to "resource," or in the regular classroom no more than 79 percent of the day and no less than 40 percent of the day.
- Each general education teacher, special education teacher and related services provider responsible for implementing the student's IEP was to be provided with a copy of the student's IEP. In addition, implementation and responsibilities were to be discussed at the IEP team meeting.
- Conference notes indicated that the student's parents requested an individual educational evaluation (IEE) as the parents did not agree with the results of the psychological evaluation. More specifically, the parents requested a "full scale" evaluation. Additionally, the IEP team recommended that the student's primary

exceptionality be changed from an other health impairment to specific learning disability. The district agreed to fill out an assistive technology referral for the student.
9. Although OT was removed from the September 2020 IEP's statement of special education and related services, the statement of present levels of academic achievement and functional performance indicated that OT was required to facilitate the student's full participation in the general education curriculum. On November 16, 2020, the district clarified that the removal of OT from the IEP was a clerical error and services were still provided thereafter.
10. On September 28, 2020, the district agreed to conduct the IEE at public expense upon request and provided the parent with a list of private providers. The district was to hold a meeting upon completion of the IEE.

## IEP Implementation from August 10 to October 9, 2020

11. A review of the student's attendance logs indicated that the student was absent eight out of 44 school days during the relevant time frame.
12. A review of the ESE teacher's service and communication logs along with attendance records, and a narrative from the teacher indicated the following information relevant to the provision of services:
    - During August:
      – The student was to receive 16 sessions of specialized instruction in ELA.
        - Two sessions were made available to and accessed by the student.
        - One session was made available to but was not accessed by the student.
        - 13 sessions were not made available to the student because specialized instruction in ELA and math were not scheduled to begin until August 27, 2020.
      – The student was to receive 16 sessions of specialized instruction in math.
        - One session was made available to but not accessed by the student.
        - 15 sessions were not made available to the student because specialized instruction in ELA and math were not scheduled to begin until August 27, 2020.
    - During September:
      – The student was to receive 19 sessions of specialized instruction in ELA.
        - 13 sessions were made available to and accessed by the student.
        - Five sessions were made available to but were not accessed by the student.
        - Two sessions were not made available to the student because of teacher absences.
      – The student was to receive 19 sessions of specialized instruction in math.
        - 12 sessions were made available to and accessed by the student.
        - Four sessions were made available to but were not accessed by the student.
        - Three sessions were not made available to the student, in part because of teacher absences.
    - During October:
      – The student was to receive seven sessions of specialized instruction in ELA.
        - Seven sessions were made available to and accessed by the student.
      – The student was to receive seven sessions of specialized instruction in math.
        - Six sessions were made available to and accessed by the student.
        - One session was not made available to the student and no reason was documented by the teacher.
13. On November 12, 2020, the bureau requested social skills instruction logs for the months of August, September and October 2020.
14. On November 13, 2020, the district reported that social skills instruction began in October 2020 and provided logs. The logs indicated that instruction began on October 22, 2020, which was outside the relevant time frame as this was after the complaint was filed.

15. A review of the SLP's service logs indicated the following:
    - During August, the student was to receive eight language therapy sessions.
      - Eight sessions were made available to but not accessed by the student.
    - During September, the student was to receive nine language therapy sessions.
      - Six sessions were made available to and accessed by the student.
      - Three sessions were not made available to the student.
    - During October, the student was to receive three language therapy sessions.
      - Two sessions were made available to and accessed by the student.
      - One session was not made available to the student.
16. A review of the occupational therapist's service logs indicated the following:
    - During August, the student was to receive four sessions of OT.
      - Two sessions were made available to but not accessed by the student. The logs indicated that the parent did not want the student "pulled out" of class for OT.
      - In lieu of one weekly session of services, paper packets were provided to the student upon the parent's request.
      - One session was not made available to the student.
    - During September, the student was to receive four sessions of OT.
      - Three sessions were made available to and accessed by the student.
      - One session was not made available to the student due to a school holiday.
    - During October, the student was to receive one session of OT.
      - One session was made available to and accessed by the student.
17. A Consultation and Collaboration log dated September 24, 2020, indicated that the ESE teachers held their monthly consultation session as indicated on the student's IEP.
18. A review of the student's ESE progress reports for the first quarter of the 2020-21 school year indicated the following relevant information regarding the student's progress toward attaining the student's measurable annual goals:
    - In the area of curriculum and learning environment:
      - On October 13, 2020, the district indicated that the student made progress toward meeting the student's first reading goal. More specifically, the student was able to master 95 out of 100 sight words. Additional sight words were to be added each week.
      - On October 12, 2020, the district indicated that the student made progress toward meeting the student's second reading goal. More specifically, the student had been working on CVC words through repeated practice. The student was able to decode 60 percent of the listed CVC words in four out of five opportunities.
      - On October 13, 2020, the district indicated that the student's progress toward meeting the student's math goal needed improvement. More specifically, when working on addition and subtraction, the student needed prompting and support. The student was able to solve problems independently with no more than two prompts on two occasions.
    - In the area of social or emotional behavior:
      - On October 13, 2020, the district indicated that the student's progress toward meeting the student's goal needed improvement. More specifically, the student struggled with wanting to do school work. The student looked for ways to avoid getting started and, once started, it was difficult to keep the student motivated.
    - In the area of independent functioning:
      - On October 13, 2020, the district marked the student's progress toward meeting the student's goal as not applicable. More specifically, the student logged into virtual sessions five out of the previous eight weeks. As such, the occupational therapist did not have sufficient data to assess progress.

- In the area of communication:
  - On October 13, 2020, the district indicated that the student made progress toward meeting the student's first goal. More specifically, the student was answering questions with 70 to 80 percent accuracy when provided with moderate support and answer choices. When asked to provide sentences without prompting, the student tended to stick with simple details.
  - On October 13, 2020, the district marked the student's progress toward meeting the student's second goal as not applicable. More specifically, the student continued to work toward the goal.
19. A signed statement dated November 13, 2020, provided to the bureau by the ESE teacher in response to bureau prompts, indicated the following information relevant to this issue:
    - Prompt: Describe when you were informed of your specific responsibilities related to implementing the student's IEP in effect at the beginning of the 2020-21 school year.
      - Response from the ESE teacher: "I was informed during preplanning that the student would be one of my students."
    - Prompt: Describe the coordination of services efforts. Specifically, what, if any information, was shared with the parent related to implementing the student's IEP in effect at the beginning of the 2020-21 school year.
      - Response from the teacher: A schedule was emailed to the parent on August 27, 2020, explaining what days and times instruction for LaunchEd would take place specific to this student.
20. A signed statement dated November 13, 2020, provided to the bureau by the occupational therapist in response to bureau prompts, indicated the following information relevant to this issue:
    - Prompt: Describe when you were informed of your specific responsibilities related to implementing the student's IEP in effect at the beginning of the 2020-21 school year.
      - Response from the occupational therapist: "During the pre-planning week of August 3-7[,] I was informed of my schools [two named schools]. The schools had a list of current students that include[d] [the student] on my Share drive."
    - Prompt: Service logs indicated that on August 24, 2020, the parent requested paper-packet assignments in lieu of "pull-out" services. The district agreed. On September 21, 2020, face-to-face, remote services were provided via Microsoft Teams. Please describe why the changes in the delivery of services were made on August 24 and September 21, 2020.
      - Response from the occupational therapist: "I stayed in contact with [the parent] via email and phone calls over first few weeks of school. [The parent] initially request[ed] [the student] not be pulled out of classroom time to receive OT. [The parent] was afraid [the student] would miss too much class time. However, after meeting on [September 10, 2020,] [the parent] agreed to have [the occupational therapist] begin seeing [the student] through virtual learning (Microsoft Teams)."
21. The bureau requested a signed statement from the SLP with responses regarding IEP accessibility and implementation requirements; however, the statement was not provided.

**CONCLUSIONS**

The district violated the requirements of 34 C.F.R. §§ 300.101 and 300.323 and the corresponding requirements of Rule 6A-6.03028, F.A.C. because the district failed to make a FAPE (that met the requirements of 34 C.F.R. § 300.17 and Rule 6A-6.03411, F.A.C.) available to the student. Although there was evidence that some of the services the district made available were not accessed, the district failed to provide special education and related services

in conformity with an IEP that met the requirements of 34 C.F.R. §§ 300.320 through 300.324 from August 10 to October 10, 2020. More specifically:
- The district failed to provide the student with specially designed instruction in ELA and math at the established frequency. Specialized instruction in ELA and math were not scheduled by the district to begin for this student until August 27, 2020 which was after the virtual opening of school for the district on August 10. Therefore, even if the student had been available, the district did not make the services available at the beginning of the school year.
- The district failed to provide the student with specially designed instruction in social skills at the established frequency. These services did not begin until October 22, 2020.
- The district failed to provide OT as a related service at the established frequency. While the paper packets sent were at the parent's request, the district's obligation to provide these services in conformity with the student's IEP could not be met through this method of delivery alone.
- The district failed to provide language therapy as a related service at the established frequency.

The district violated the requirements of 34 C.F.R. § 300.324 and the corresponding requirements of Rule 6A-6.03028, F.A.C., because the district failed to ensure that the IEP team reviewed the student's IEP periodically, or at least annually, to determine whether the annual goals for the student were being achieved; however, the bureau has previously identified this area of noncompliance through its state complaint investigation and subsequent report, Report of Inquiry: Case No. BEESS-2020-089-RES, on October 30, 2020.

However, subsequent to the previous complaint, Case No. BEESS-2020-089-RES, the district did not violate the requirements of 34 C.F.R. § 300.324 and the corresponding requirements of Rule 6A-6.03028, F.A.C., because the IEP team reviewed and revised the student's IEP, as appropriate, to address any lack of expected progress toward the annual goals and in the general education curriculum. Furthermore, the district revised the student's IEP twice within 25 school days showing a reasonable effort on the part of the district to ensure that the IEP was continually being revised in order to meet the needs of the student.

**CORRECTIVE ACTIONS**
The bureau's written decision dated October 30, 2020, Report of Inquiry: Case No. BEESS-2020-089-RES, required the district to convene an IEP team meeting in order to, among other things, develop a compensatory services plan for services that were not provided during the 2019-20 school year. **By December 18, 2020,** the district must amend the compensatory services plan to include the following additional services:
- Three hours of specialized instruction in ELA
- Four hours of specialized instruction in math
- Three hours of social skills instruction
- Two hours of language therapy services
- One hour of OT services

In addition, the compensatory services plan must address the following:
- The location where the services will be provided and whether services will be provided remotely;
- The schedule and duration of the compensatory services;
- How the district will respond when a session is missed due to the absence of the student;

- How the district will respond when a session is missed due to the absence of a service provider;
- How the district will respond if new safety factors (e.g., those related to emergency school closures) arise that affect the timing and provision of services.

**By January 8, 2021**, the district must submit documentation as verification to the bureau to include a copy of the student's IEP, IEP team meeting notices and conference notes, and a copy of the compensatory services plan. **By May 28, 2021**, and in no case later than one year after the issuance of this report, the district must submit documentation as verification to the bureau to include implementation of the compensatory services plan, such as logs or service sheets, and teacher and student attendance logs or sheets.